FILED

SEP -6 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Bankruptcy Estate of THE HANGTOWN BREWERY,
Case NO: 05-23046-C-7
Claim NO: 00016A

Case No. 05-23046-C-7

Debtor(s).

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **Aaron DeOliveira**, seeking payment of funds previously unclaimed by **Aaron DeOliviera** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **Aaron DeOliveira** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ **3,070.74** from the **Treasury Registry** to:

Aaron DeOliveira
1447 Golden Spur Dr.
Placerville, CA 95667

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)